UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         -v-<br><br>BIOMET, INC.,<br><br>                              Defendant. | No. 12-CV-0454 (RMC)<br><br>**STIPULATED MOTION TO AMEND FINAL JUDGMENT** |

Plaintiff, the United States Securities and Exchange Commission ("SEC"), hereby moves the Court to amend the Final Judgment as to Defendant Biomet, Inc. ("Biomet") entered in this matter on March 27, 2012. Biomet has consented to the proposed Amended Final Judgment.

The SEC's Complaint against Biomet was filed as a settled action under the Foreign Corrupt Practices Act. The Final Judgment entered by the Court contained the following provisions: (i) an injunction against future violations of Sections 30A, 13(b)(2)(A), and 13(b)(2)(B) of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78dd-1, 78m(b)(2)(A), and 78m(b)(2)(B)]; (ii) the payment of $5,575,731 in disgorgement and prejudgment interest; and (iii) a requirement that Biomet retain an independent corporate compliance monitor for a period of three years.

Following the entry of the Final Judgment, in 2014 Biomet advised the SEC that it had become aware of additional potential improprieties involving Biomet's operations in Brazil and Mexico. The SEC is currently investigating the facts surrounding the 2014 disclosures. In order to facilitate this investigation, the SEC requests that the compliance monitor remain in place for an additional year. Biomet has consented to this extension.

For these reasons, the SEC requests that the Court enter the Amended Final Judgment in the form attached hereto.

Respectfully submitted,

Dated: July 15, 2015
      Washington, D.C.

/s/ Robert I. Dodge
Robert I. Dodge
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5949
Tel: (202) 551-4421
DodgeR@sec.gov
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on July 15, 2015, a copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system, which sends notification to the following parties:

>Asheesh Goel
>Ropes & Gray
>111 South Wacker Drive, 46th Floor
>Chicago, IL 60606-4309
>
>Counsel for Defendant

_____/s/  Robert I. Dodge_____